Matthew Knepper, Esq.
Nevada Bar No. 12796
David Krieger, Esq.
Nevada Bar No. 9086
**NEVADA BANKRUPTCY ATTORNEYS, LLC**
5502 S Fort Apache Road, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Fax: (702) 660-4130
Email: info@nvbankruptcyattorneys.com
*Attorneys for JEFFREY LEE TINDALL and CARMELITA AGARAN TINDALL*

E-FILED: 11/21/2022

| In Re: | Case No: BKS-21-14900-gs |
|---|---|
| | Chapter 13 |
| JEFFREY LEE TINDALL and CARMELITA AGARAN TINDALL, | **USDC Case # 2:22-cv-01700-GMN** |
| Debtor. | **Appeal Ref. # 22-26** |
| | **APPELLANTS' MOTION AND PROPOSED ORDER TO EXTEND TIME TO FILE OPENING BRIEF AND TO EXTEND ALL REMAINING BRIEFING DEADLINES** |

COMES NOW Appellants Jeffrey Lee Tindall and Carmelita Agaran Tindall ("Appellants"), by and through their counsel of record, and for its Motion to Extend Time for Appellants to File their Opening Brief and to extend all briefing deadlines stat and allege as follows:

1. On September 22, 2022, the Court entered an Order Denying Debtors Jeffrey Lee Tindall and Carmelita Agaran Tindall's Objection to Proof of Claim No. 3 in US Bankruptcy Court, Case No. 21-14900-gs [Dkt. 82].

2. On October 6, 2022, the Debtors filed a Notice of Appeal. [Dkt. 85].

3. On October 12, 2022, the matter was transferred to the U.S. District Court, of Nevada, USDC Appeal Court Case# 22-cv-01700-GMN Appeal Reference # 22-26 [Dkt. 95].

1

    4.       On November 7, 2022, the Court ordered that Appellants' Opening Brief is due by November 21, 2022; that Appellee's deadline to file their Response Brief is due by December 5, 2022, and that the Reply Brief is due by December 19, 2022.

    5.       Appellants request additional time to file their Opening Brief in thirty days in order to allow Appellants additional time to consider the facts and circumstances of the pending briefing, and to extend Appellee's deadline to file an Answering Brief for thirty days for the same reasons. As a result, the Parties hereby request this Court to further extend the date for Appellants to file their Opening Brief until **December 21, 2022,** and to extend the date for Appellee to file their Answering Brief until **January 21, 2023,** and further request this Court to further extend the date for Appellants to file their Reply Brief until **February 21, 2023**.

    6.       This motion is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

…

…

…

…

…

…

WHEREFORE, Appellants pray for an Order of the Court granting thirty (30) additional days for Appellants to file their Opening Brief until **December 21, 2022,** and for Appellee to file their Answering Brief until **January 21, 2023,** and for Appellants to file their Reply Brief until **February 21, 2023**.

Respectfully Submitted on: November 21, 2022.

|  | **NEVADA BANKRUPTCY ATTORNEYS LLC**<br><br>/s/ *David Krieger, Esq.*<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>Matthew Knepper, Esq.<br>Nevada Bar No. 12796<br>5940 S. Rainbow Blvd., Suite 400<br>PMB 99721<br>Las Vegas, NV 89118<br>dkrieger@nvbankruptcyattorneys.com<br>mknepper@nvbankruptcyattorneys.com<br>*Counsel for Appellants Jeffrey Lee Tindall; and Carmelita Agaran Tindall* |
|---|---|

## ORDER GRANTING
## APPELLANTS' MOTION AND PROPOSED ORDER TO EXTEND TIME TO FILE OPENING BRIEF AND TO EXTEND ALL REMAINING BRIEFING DEADLINES

**IT IS SO ORDERED.**

Dated this   9   day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3