Matthew Knepper, Esq.  E-FILED: 2/22/2023
Nevada Bar No. 12796
**NEVADA BANKRUPTCY ATTORNEYS, LLC**
5940 S Rainbow Blvd., Suite 400, PMB 99721
Las Vegas, NV 89118-2507
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com

*Attorneys for Debtors*
*JEFFREY LEE TINDALL and CARMELITA AGARAN TINDALL*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY LEE TINDALL and CARMELITA AGARAN TINDALL, <br><br> Appellants, <br><br> v. <br><br> AMERICAN EXPRESS NATIONAL BANK, <br><br> Appellee. | Case No: BKS-21-14900-mkn <br> Chapter 13 <br><br> **USDC Case No. 2:22-cv-01700-GMN** <br> **USDC Appeal Reference # 22-26** |

## **STIPULATION TO DISMISS APPELLATE PROCEEDING**

/ / /

- 2 -

Pursuant to Federal Rule of Bankruptcy Procedure 8023(a), Appellants Jeffrey Lee Tindall and Carmelita Agaran Tindall ("Appellants") and Appellee American Express Bank, N.A. ("AMEX") by and through their counsel of record, hereby stipulate to voluntary dismissal of the instant appeal, each side to bear their own fees and costs.

Respectfully submitted on February 22, 2023

| **NEVADA BANKRUPTCY ATTORNEYS LLC** | **LAW OFFICE OF BRIAN D. SHAPIRO** |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> 5940 S. Rainbow Blvd., Suite 400 <br> PMB 99721 <br> mknepper@nvbankruptcyattorneys.com <br><br> *Counsel for Appellants* <br> *Jeffrey Lee Tindall and Carmelita Agaran Tindall* | /s/ *Brian D. Shapiro* <br> Brian D. Shapiro, Esq. <br> Nevada Bar No. 5772 <br> 510 S 8th Street <br> Las Vegas, NV 89101 <br> bshapiro@brianshapirolaw.com <br><br> *Counsel for Defendant* <br> *American Express National Bank* |

## ORDER GRANTING
## STIPULATION TO DISMISS APPELLATE PROCEEDING

**IT IS SO ORDERED.**

DATED: February  22 , 2023.

_____
U.S. DISTRICT COURT JUDGE